**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:68cv4294**

**LINCOLN COUNTY SCHOOL DISTRICT** **DEFENDANT**

---

# JOINT MOTION FOR DECLARATION OF UNITARY STATUS

---

The United States of America and the Lincoln County School District, by and through undersigned counsel, respectfully file this Joint Motion for Declaration of Unitary Status and Dismissal and, for the reasons stated in the accompanying Memorandum in Support, hereby move for an order declaring the District has achieved full unitary status and dismissing the above-captioned case.

The District also relies on the following exhibits in support of this motion:

Exhibit 1: 11.07.1969 Fifth Circuit Order and HEW Plan;

Exhibit 2: 12.15.1969 Fifth Circuit Order; and,

Exhibit 3: 08.15.1977 Consent Order.

Respectfully submitted, this 7th day of January, 2026.

**Lincoln County School District**

/s/ John S. Hooks
John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
John.Hooks@arlaw.com

**Plaintiff United States of America**

J.E. BAXTER KRUGER
*UNITED STATES ATTORNEY*

By: */s/ Mitzi Dease Paige*
MITZI DEASE PAIGE (MSB # 6014)
*Assistant United States Attorney*
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: 601-973-2840
Telecopier: 601-965-4409
E-mail: Mitzi.Paige@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court via the CM/ECF System, which caused notice of filing to be served on all registered counsel of record.

Dated: January 7, 2026.

/s/ John S. Hooks